# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DCOMM, INC., <br><br> Plaintiff <br><br> vs. <br><br> PNC BANK NATIONAL ASSOCIATION, <br><br> Defendant. | Civil Action No. 1:22-cv-00500 <br><br> (Removal from the 53rd District Court of Travis County, Austin, Texas D-1-GN-22-001751) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff DComm, Inc. and Defendant PNC Bank, N.A., through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby stipulate to the dismissal of the above-captioned Civil Action No. 1:22-cv-00500, with prejudice.

The Parties request that the Court enter the attached Order dismissing with prejudice Plaintiff DComm, Inc.'s claims and retaining jurisdiction to interpret and enforce the terms of the Confidential Settlement Agreement and Release entered into by the Parties.

Respectfully submitted,

By: _____
Justin M. Welch (TX # )
Blazier, Christensen, Browder & Virr, P.C.
901 S. Mopac Expy., Bldg. V, Ste. 200
Austin, Texas 78746
jwelch@blazierlaw.com

*Counsel for Plaintiff DComm, Inc.*

By: */s/ Kenneth Broughton*
Kenneth E. Broughton, Jr. (TX # 03087250)
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
Telephone:  713 469 3819
Facsimile:  512-623-1802
KBroughton@ReedSmith.com

*Counsel for Defendant PNC Bank, N.A*

.

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

 

_____
Justin M. Welch
Blazier, Christensen, Browder & Virr, P.C.
901 S. Mopac Expy., Bldg. V, Ste. 200
Austin, Texas 78746
jwelch@blazierlaw.com

*Counsel for Plaintiff DComm, Inc.*